UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal Case No. 1:21-cr-33-PB-01 |
| ) | |
| v. ) | |
| ) | |
| JOHN RUPERT ) | |
| ) | |

PRAECIPE FOR WARRANT

The Clerk of said Court will issue a warrant, an Indictment against the above-named defendant having been filed in the above-entitled case on the 1st day of March, 2021.

This 1st day of March, 2021.

                                                          SCOTT W. MURRAY
                                                          United States Attorney


                                                          By: /s/ Georgiana L. MacDonald
                                                                Georgiana L. MacDonald
                                                                Assistant U.S. Attorney


WARRANT ISSUED: _____